| 1137 N. ROBERTSON, LLC | * | NO. 2019-CA-0553 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| FELICEON CHRISCHELL JACKSON | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**BROWN, J., CONCURS IN THE RESULT**.